No. 88–1056. PENNSYLVANIA v. WAGGONER. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 88–1147. OKLAHOMA v. BROOKS, AKA AMENSHI, ET AL. Ct. Crim. App. Okla. Motion of Muscogee (Creek) Nation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–1347. GREEN v. FOLEY. C. A. 4th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 88–1378. McNEIL ET AL. v. SPRINGFIELD PARK DISTRICT. C. A. 7th Cir. Motion of Mexican American Legal Defense and Educational Fund et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88–1414. CALIFORNIA v. PARWEZ. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–6189. RICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.